Eddie S. MORSE, Appellant,

v.

Gary VINSON, Oscar E. Jones; Tom Allen; Scott Stalker; Linda Boone; Don McSpadden; Chaney Taylor; Tim Weaver; Claudia Nobles; Ann McCarthy; Keith Bowers; Mike Munday, Sgt.; Does, Municipal Court Clerks, and Unknown County Jail Personnel, Appellees.

No. 10–1376.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 26, 2010.

Filed: Sept. 3, 2010.

Eddie S. Morse, Strawberry, AR, pro se.

Gary M. Vinson, Batesville, AR, pro se.

Kristen A. Sluyter, Wright & Lindsey, Suzanne Hixson, Attorney General's Office, Jason E. Owens, John M. Rainwater, Rainwater & Holt, Little Rock, AR, Jerry C. Post, Randall W. Henley, Batesville, AR, Geoffrey Thompson, Pine Bluff, AR, John Lennon Wilkerson, Arkansas Municipal League, North Little Rock, AR, Russell A. Wood, Wood Law Firm, Russellville, AR, argued, for Appellees.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Eddie Morse appeals the district court's [1] dismissal of his complaint in which, among other things, he sought declaratory and injunctive relief for alleged violations of the Racketeer Influenced and Corrupt Organizations Act, *see* 18 U.S.C. §§ 1961–1968. Upon careful de novo review, we conclude that the complaint was properly dismissed for the reasons explained by the district court. Accordingly, we affirm the district court's judgment. *See* 8th Cir. R. 47B.

---

[1]. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.